Robert Montes, Jr. (SBN 159137)
robert@rafiilaw.com
Shadi Sahebghalam (SBN 343403)
shadi@rafiilaw.com
**RAFII & ASSOCIATES, P.C.**
9100 Wilshire Boulevard, Suite 465E
Beverly Hills, California 90212
Telephone: 310.777.7877
Facsimile: 310.777.7855

Attorneys for Plaintiff
**MARQUIS WALKER**

Samantha C. Grant (SBN 198130)
sgrant@reedsmith.com
**REED SMITH LLP**
1901 Avenue of the Stars, Suite 700
Los Angeles, California 90067
Telephone: (310)734-5200
Facsimile: (310)734-5299

Jeffrey N. Elkrief (SBN 321030)
jelkrief@reedsmith.com
**REED SMITH LLP**
355 South Grand Avenue, Suite 2900
Los Angeles, California 90071
Telephone: (213)457-8000
Facsimile: (213)457-8080

Attorneys for Defendant
**SIEMENS MOBILITY, INC.**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARQUIS WALKER<br><br>Plaintiff,<br><br>v.<br><br>SIEMENS MOBILITY, INC.<br><br>Defendant(s). | Case No. 2:23-cv-00244-TLN-JDP<br><br>**STIPULATION TO DISMISS ENTIRE ACTION, WITH PREJUDICE, PURSUANT TO FRCP RULE 41(a)(2)**<br><br>Action Filed: December 16, 2022<br>Removed: February 8, 2023<br>Trial Date: Not Set<br>Courtroom: 2, 15th Floor |

– 1 –

STIPULATION TO DISMISS, WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(2), and subject to Court approval, Plaintiff Marquis Walker ("Plaintiff"), on the one hand, and Defendant Siemens Mobility, Inc., ("Defendant"), on the other hand, (together, "the Parties"), through their duly authorized respective counsel of record, hereby stipulate and agree:

(1) That this entire action shall be dismissed, with prejudice, with each Party to bear its own attorneys' fees and costs; and

(2) That this Court shall retain jurisdiction to enforce the terms of the Parties' settlement agreement.

Respectfully submitted,

Dated: January 8, 2024

**RAFII & ASSOCIATES, P.C.**

By: /s/ *Shadi Sahebghalam*
Robert Montes, Jr., Esq.
Shadi Sahebghalam, Esq.
Attorneys for Plaintiff
MARQUIS WALKER

Dated: January 8, 2024

**REED SMITH LLP**

By: /s/ *Samantha C. Grant*
Samantha C. Grant, Esq.
Jeffrey N. Elkrief, Esq.
Attorneys for Defendant
SIEMENS MOBILITY, INC.

### SIGNATURE ATTESTATION

As the attorney e-filing this document, I hereby attest that counsel for Plaintiff has concurred in this filing.

Dated: January 8, 2024

**REED SMITH LLP**

By: /s/ *Samantha C. Grant*
Samantha C. Grant