UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARQUIS WALKER<br><br>　　Plaintiff,<br><br>v.<br><br>SIEMENS MOBILITY, INC.<br><br>　　Defendant(s). | Case No. 2:23-cv-00244-TLN-JDP<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION, WITH PREJUDICE, PURSUANT TO FRCP RULE 41(a)(2)**<br><br>Action Filed: December 16, 2022<br>Removed: February 8, 2023<br>Trial Date: Not Set<br>Courtroom: 2, 15th Floor |

– 1 –

– 2 –

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(2) and the stipulation of Plaintiff Marquis Walker and Defendant Siemens Mobility, Inc. (the "Parties"), it is hereby ordered that:

(1) That this entire action is dismissed, with prejudice, with each Party to bear its own attorneys' fees and costs; and

(2) That this Court shall retain jurisdiction to enforce the terms of the Parties' settlement agreement.

IT IS SO ORDERED.

Dated: _____

By:_____
Honorable Troy L. Nunley
United Stated District Court Judge